# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNAN R. ALSTON,<br>　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　Defendant(s). | Case No.: 2:18-cv-00837-APG-NJK<br><br>**ORDER** |

The parties have settled this case. Docket No. 8. Dismissal papers shall be filed by September 10, 2018.

IT IS SO ORDERED.

Dated: August 24, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1