# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNAN R. ALSTON,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　　Defendant(s). | Case No.: 2:18-cv-00837-APG-NJK<br><br>**ORDER** |

The parties provided notice three months ago that they have settled this case. Docket No. 8. The Court provided ample time to file dismissal papers and, ultimately, ordered that they be filed by September 10, 2018. Docket No. 9. The parties violated that order. Accordingly, dismissal papers or a status report shall be filed by September 19, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: September 12, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1