HAINES & KRIEGER, LLC
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller
Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorney for Plaintiff, SHANNAN R. ALSTON*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNAN R. ALSTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00837-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

　　　SHANNAN R. ALSTON, Plainiff, and EQUIFAX INFORMATION SERVICES, LLC, Defendant, by and through their respective attorneys, hereby stipulate and agree that the above-entitled action shall be dismissed in accordance

///

///

with Fed. R. Civ. P. 41 (a)(2), WITH PREJUDICE, as to **<u>EQUIFAX INFORMATION SERVICES, LLC</u>**.  Each party shall bear its own attorney's fees, and costs of suit.

  Dated this September 17, 2018.

| | |
|---|---|
| <u>/s/Shawn W. Miller</u><br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | <u>/s/ Bradley T. Austin</u><br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |

## **<u>ORDER</u>**

  IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 19, 2018.